1

2

3

4

5

6

7

8                                    IN THE UNITED STATES DISTRICT COURT

9                                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ELBERT GARNER, JR.,

11             Plaintiff,                          No. CIV S-08-0255 LKK KJM P

12         vs.

13    L. SCRIBNER, et al.,

14             Defendants.              FINDINGS & RECOMMENDATIONS

15    _____/

16             Court documents were recently served on plaintiff's address of record and

17    returned by the postal service.  It appears that plaintiff has failed to comply with Local Rule 83-

18    183(b), which requires that a party appearing in propria persona inform the court of any address

19    change.

20             Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for

21    plaintiff's failure to keep the court apprised of his current address.  See Local Rules 83-183(b)

22    and 11-110.

23             These findings and recommendations are submitted to the United States District

24    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

25    days after being served with these findings and recommendations, plaintiff may file written

26    objections with the court.  The document should be captioned "Objections to Magistrate Judge's

                                                      1

1  Findings and Recommendations." Plaintiff is advised that failure to file objections within the

2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951

3  F.2d 1153 (9th Cir. 1991).

4  DATED: March 5, 2008.

5
   _____
6  U.S. MAGISTRATE JUDGE

7  1
   garn2555.33a
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26